*Morse* for the plaintiff, *Seghers, Hennen* and *De Armas* for the defendants.

---

### *DICKS & AL,* vs. *CASH & AL.*

APPEAL from the court of the third district.

PORTER, J. delivered the opinion of the court. This suit was instituted on a bill of exchange, and the plaintiffs were nonsuited, because it appeared, they had once parted with the legal interest in the instrument sued on, and gave no further evidence of title in themselves, but the possession of it. We think the judge below decided correctly. It is the well established doctrine in the court, and one equally supported by reason and authority.

*If the plaintiff has parted with his interest in the bill and gives no other evidence of title but that resulting from possession, he will be nonsuited.*

If, indeed, it appeared, the endorsee had been merely the agent of the petitioners, the decision should have been otherwise, as we have already intimated in the case of *Thompson*, vs. *Flower;* but we cannot presume that fact, and it is not proved. It was upon proof of this fact that the case in 18 *Johnson,* to which we have been referred, was decided. 1 *Mart.* N. S. 301, 372. 2 N. S. 213, *John.* 239.

It is therefore ordered, adjudged and de-

creed, that the judgment of the district court be affirmed with costs.

*Peirce* for the appellants.